# Order

Michigan Supreme Court
Lansing, Michigan

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154169

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MARCUS HIGHTOWER, a/k/a MARCUS
ORLANDO HIGHTOWER, a/k/a MARCUS
OLANDO HIGHTOWER,
        Defendant-Appellant.

SC: 154169
COA: 325895
Wayne CC: 14-006314-FH

_____/

On order of the Court, the application for leave to appeal the June 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017

Clerk

t1212